```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MILTIADIS A. MILTIADOUS,       :     CIVIL ACTION
                               :     NO. 08-5381
          Petitioner,          :
                               :
     v.                        :
                               :
INNA TETERVAK,                 :
                               :
          Respondent.          :
```

## O R D E R

**AND NOW**, this **18th** day of **February, 2010,** it is hereby **ORDERED** that Petitioner's petition for return of children pursuant to the Hague Convention (doc. no. 1) is **DENIED.**

    **AND IT IS SO ORDERED.**

                                        s/Eduardo C. Robreno
                                        **EDUARDO C. ROBRENO, J.**